# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 16  P 2: 36

CLERK _____
SO. DIST. OF GA.

Lisa M. Woods
_____
Plaintiff

Case No. CV 206-190

v.

Appearing on behalf of

Georgia Pacific Corporation, et. al.
_____
Defendant

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Alan Patrick Taylor

**Business Address:** Alan P. Taylor, Attorney at Law, LLC
Firm/Business Name

401 Cherry Street, Suite 405
Street Address

Macon, GA    31201
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
478-755-0005            101882

Telephone Number (w/ area code)   Georgia Bar Number