IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LISA M. WOODS,
    Plaintiff,

v.

GEORGIA-PACIFIC LLC, PAUL D. FERRE,
MICHAEL J. MAURER, and
ANTHONY R. LEE,
    Defendants.

Civil Action No.: CV 2:06-190 AAA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to the above-captioned case, by and through undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that all of Plaintiff's claims against Defendants Paul D. Ferre and Michael J. Maurer in this action are hereby dismissed with prejudice, with the parties to bear their own costs in regards to the claims dismissed herein.

This 25 day of January, 2008.

Alan P. Taylor
Georgia Bar No. 101882
Alan P. Taylor, Attorney at Law, LLC
401 Cherry Street, Suite 607
Macon, Georgia 31201-7964
478.755.0005 (Office)

Attorney for Plaintiff, Lisa M. Woods

R. Violet Bennett
Georgia Bar No. 052025
R. Violet Bennett
P. O. Box 1045
Jesup, Georgia 31598
912.427.4240 (Office)

Attorney for Defendant Anthony R. Lee

APPROVED

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Richard Gerakitis
Georgia Bar No. 291389
Robert C. Stevens
Georgia Bar No. 680142
(Admitted pro hac vice)
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
404.885.3000 (Office)

Wallace E. Harrell
Georgia Bar No. 328800
James L. Roberts, IV
Georgia Bar No. 608580
Gilbert, Harrell, Sumerford & Martin, PC
777 Gloucester Street, Suite 200
P. O. Box 190
Brunswick, Georgia 31521-0190
912.265.6700 (Office)

Attorneys for Defendants Georgia-Pacific LLC,
Paul D. Ferre, and Michael J. Maurer

- 1 -